IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Criminal Action No. 06-mj-00050-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTINA AVERY,

    Defendant.

---

## ORDER

---

The Motion for Special Probation in accordance with 18 U.S.C. 3607 is set for hearing at the time of sentencing on February 7, 2007 at 9:00 a.m.

DATED this 29th day of January, 2007.

BY THE COURT:

s/Gudrun Rice

Gudrun Rice
United States Magistrate Judge