IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Criminal Action No. 06-mj-00050-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTINA AVERY,

    Defendant.

## ORDER

This matter is continued for sentencing to March 6, 2007 at 9:00 a.m.

DATED this 6th day of February, 2007.

    BY THE COURT:

    s/Gudrun Rice

    Gudrun Rice
    United States Magistrate Judge