IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Criminal Action No. 06-mj-00050-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTINA AVERY,

    Defendant.

---

## ORDER

---

    This matter came before the court on March 6, 2007 for sentencing of the Defendant Christina Avery and for hearing on the Defendant's Motion for prejudgement probation. The government was represented by Wyatt Angelo, AUSA; the Defendant appeared in person and with her attorney Stephen Laiche. Denise Dohanic, senior probation officer, also appeared.

    On December 5, 2006 the Defendant entered a plea of guilty to the charge that she possessed a Schedule II controlled substance in violation of 21 U.S.C.§ 844. The matter was set for sentencing.

    On January 24, 2007 the Defendant moved for prejudgment probation, in accordance with 18 U.S.C. 3607 (a), the Federal First Offender Act or FFOA.

    After considering the motion for prejudgment probation, the pre-sentence investigation report, the representations and statements of counsel, and the statement of the Defendant, and taking judicial notice of the entire court file, the Court finds as follows:

    The Defendant, as a consequence of her knowing and voluntary guilty plea, is found guilty of an offense described in § 404 of the Controlled Substances Act (21 U.S.C. 844).

    The Defendant has not, prior to the commission of such offense, been convicted of violating a Federal or State law relating to controlled substances:

The Defendant has not previously been the subject of a disposition under 18 U.S.C. 3607.

The Defendant consents to placement on probation in accordance with 18 U.S.C. 3607.

Accordingly, the Defendant is placed on probation for a term of one year without entering a judgment of conviction. At any time before the expiration of the term of probation, if the Defendant has not violated a condition of her probation, the court may, without entering a judgment of conviction, dismiss the proceedings against the Defendant and discharge her from probation. At the expiration of the term of probation, if the Defendant has not violated a condition of her probation, the court will, without entering a judgment of conviction, dismiss the proceedings against the Defendant and discharge her from probation. If the Defendant violates a condition of her probation, the court will proceed in accordance with the provisions of 18 U.S.C. 3565.

The Defendant shall comply with the following terms and conditions of probation:

While on probation, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and two periodic tests thereafter.

In addition, the defendant shall comply with the following special conditions:

1. The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

3. The defendant shall remain compliant and shall take all medications that are prescribed by her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by her treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.

4. The defendant shall not possess a firearm as defined in 18 U.S.C. § 921 during the term of supervision.

DATED this 7th day of March, 2007.

BY THE COURT:

s/Gudrun Rice

Gudrun Rice
United States Magistrate Judge