**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice**

Criminal Action No. 06-mj-00050-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTINA AVERY,

    Defendant.

---

## ORDER REVOKING PRE-JUDGMENT PROBATION

    **THIS MATTER** came before the Court for a compliance review hearing on December 3, 2007. Present were Wyatt Angelo, Assistant U.S. Attorney, Stephen Laiche, counsel for the Defendant and the Defendant Christina Avery. Also present was Denise Dohanic, Senior Probation Officer.

    On December 5, 2006, the Defendant Christina Avery plead guilty to the charge of possession of a Schedule II Controlled Substance in violation of 21 U.S.C. § 844.

    Pursuant to 18 U.S.C. § 3607(a), on March 7, 2007 the Defendant was placed on probation for a term of one year without entering a judgment of conviction.

    By report to the Court dated November 30, 2007, Denise Dohanic, Senior Probation Officer, advised the court, with copy to the Assistant U.S. Attorney Mr. Angelo and to counsel for the Defendant Mr. Laiche, that a urine specimen submitted by the Defendant on October 23, 2007 tested positive for methamphetamine/amphetamine.

    At the compliance review hearing on December 3, 2007 th Defendant was advised of her right to written notice of the alleged violation, disclosure of the evidence against her, and her right to appear at a revocation hearing, present evidence and question adverse witnesses. The Defendant waived these rights and admitted that she had used methamphetamine during the term of her

1

probation, which use was reflected in the October 23, 2007 positive urine specimen.

Accordingly, the Court finds that the Defendant Christina Avery violated a condition of her probation by using a controlled substance.

In accordance with the provisions of 18 U.S.C. § 3565, the Defendant's probation is revoked and the Defendant is sentenced to a stipulated sentence of 21 days in jail, with no supervision to follow. Service of the sentence shall begin immediately.

Done this 6th day of December, 2007 *nunc pro tunc* December 3, 2007.

BY THE COURT:

s/ Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge